# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

TYRONE ELLIS                                                                                          PLAINTIFF
ADC #149250

v.                                       5:17CV00304-JLH

TERRIE L. BANISTER,
Hearing Officer, ADC; *et al.*                                                                        DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice. Dismissal of this action constitutes a "strike" for purposes of 28 U.S.C. § 1915(g). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the corresponding Order would not be taken in good faith.

DATED this 14th day of December, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE